UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FENTON WHEELER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 02-604 (RMC) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment [Dkt. # 88] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's Cross-Motion for Summary Judgment [Dkt. # 92] is **DENIED**; and it is

**FURTHER ORDERED** that the case is dismissed from the Court's docket. This is a final appealable order. *See* Fed. R. App. P. 4(a).

/s/
ROSEMARY M. COLLYER
United States District Judge

DATE: November 21, 2006